| Com. v. Hanson .... | 09/01/2015322 MAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
|---|---|---|---|
| Com. v. Harvey..... | 08/17/2015130 EAL (2015) | Denied | Pa.Super., 120 A.3d 1051 |
| Com. v. Havelt ..... | 08/17/2015214 MAL (2015) | Denied | Pa.Super., 120 A.3d 384 |
| Com. v. Lewis ...... | 08/17/2015149 EAL (2015) | Denied | Pa.Super., 116 A.3d 687 |
| Com. v. McAllister .. | 09/09/2015409 MAL (2015) | Denied | Pa.Super., 121 A.3d 1143 |
| Com. v. Millender .. | 09/09/2015170 WAL (2015) | Denied | Pa.Super., 121 A.3d 1121 |
| Com. v. Montes .... | 07/27/2015183, 184 MAL (2015) | Denied | Pa.Super., 120 A.3d 375 |
| Com. v. Ojeda ...... | 09/09/2015376 MAL (2015) | Denied | Pa.Super., 121 A.3d 1143 |
| Com. v. Oum ....... | 08/17/2015105 EAL (2015) | Denied | Pa.Super., 118 A.3d 458 |
| Com. v. Parker ..... | 09/09/2015282 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Reyes-Rod-riguez ........... | 09/01/2015246 MAL (2015) | Denied | Pa.Super., 111 A.3d 775 |
| Com. v. Roll ....... | 08/17/2015115 EAL (2015) | Denied | Pa.Super., 120 A.3d 380 |
| Com. v. Rush ...... | 09/09/2015203 WAL (2015) | Denied | Pa.Super., 121 A.3d 1142 |
| Com. v. Smith...... | 09/09/2015362 MAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |